Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Tampa Division

Case No. 8:17-CV-763-T-35-MAP
*(to be filled in by the Clerk's Office)*

Ne'Cole Duling

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Adventist Health Systems/DBA Florida Hospital Tampa

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

TPA 042696

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ne'Cole Duling |
| Address | 702 El Paseo Drive |
| City | Lakeland |
| State | Florida |
| Zip Code | 33805 |
| County | Polk |
| Telephone Number | (863) 808-3533 |
| E-Mail Address | nhomeinteriors@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | University Community Hospital Inc. |
| Job or Title (if known) | (Registered Agent) Laurie Teppert |
| Address | 14055 River Edge Drive Ste 250 |
| City | Tampa |
| State | Florida |
| Zip Code | 33637 |
| County | Hillsborough |
| Telephone Number | |
| E-Mail Address (if known) | |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Adventist Health System DBA Florida Hospital |
| Job or Title (if known) | |
| Address | 900 Hope Way |
| City | Altamonte Springs |
| State | Florida |
| Zip Code | 32714 |
| County | Seminole |
| Telephone Number | (407) 357-1000 |
| E-Mail Address (if known) | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                        *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                        *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Title VII & The Americans With Disabilities Act was violated. Retaliation, discrimination and harrassment occurred. Despite complaints made to Florida Hospital concerning one of their managers who battered an employee & other employees. The manager was still allowed to work. Representatives of Florida Hospital Tampa did not disclose all information to the Hillsborough County Sheriff's Department. As a result, an arrest was not made. One employee sustained numerous injuries.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

---

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        Florida Hospital Tampa, Tampa Florida

---

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        March 29th, 2016 at approximately 5:30 PM

---

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On March 29th, 2016 while working as a Registered Nurse at Florida Hospital Tampa. I (Ne'Cole Duling) was pushed from behind into a wall by a charge nurse/ manager Sara Linthicum. Prior to being pushed I complained to Human Resources and a member of the education department about Sara. As a result of Sara pushing me, I have four herinated discs in my back, sciatica and a bulge on the thecal sac. My legs, especially my right leg is weak. I notified The Hillsborough County Sheriff's Department. Afterwards, I was still expected to work with Sara Linthicum and scolded by the Director of Progressive Care, Susan Reddnack for complaining to law enforcement. While on medical leave I filed a claim to receive disability insurance I paid for. A leave specialist Jennifer Hospikins informed the Insurance Company Aetna that I refused to work. My insurance claim was quickly denied. Two other employees of color were also pushed by Sara Linithicum at Florida Hospital Tampa. In September 2016 I was terminated from Florida Hospital despite being under the care of an orthopedic surgeon and attending physical therapy.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries: Four herinated discs, sciatica, buldge on the thecal sac, weakness in my legs, loss of wages, emotional trauma, retaliation (because I complained) harrassment which resulted in bodily injuries.

Medical Treatments: 11 weeks of physical therapy, treatment by The Florida Hospital Clinic Workman's Compensation Dr., medications were perscribed. Office visits and a referral from an orthopedic surgeon.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

May The United States Middle Ditrict of Florida Court accept this form. After complaining, I was retilated aginst and terminated. Florida Hospital Tampa was negligent, they allowed Sara Linthicum to continue working despite the fact that she pushed employees.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 31ˢᵗ, 2017

Signature of Plaintiff
Printed Name of Plaintiff       Ne'Cole Duling

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Address _____

                        _____ _____ _____
                                  *City*         *State*    *Zip Code*

Telephone Number _____

E-mail Address _____