**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NE'COLE DULING,

      Plaintiff,                                CASE NO: 8:17-CV-00763-T-35-MAP

vs.

ADVENTIST HEALTH SYSTEMS
d/b/a FLORIDA HOSPITAL TAMPA,

      Defendant.
_____/

## MOTION TO AMEND SCHEDULING ORDER

Plaintiff, by and through undersigned counsel, respectfully moves this Court to amend the scheduling order in this matter as set forth below.

1. Plaintiff filed her Complaint pro se on March 31, 2017.

2. The undersigned counsel for Plaintiff made her appearance in this case on October 24, 2017. (D.E. 18).

3. The Court entered a Scheduling Order on November 8, 2017 (D.E. 20).

4. The mediation deadline in the current Scheduling Order is February 16, 2018.

5. The parties were attempting to negotiate a global settlement of this case and based upon her good faith belief that a global settlement was imminent; Plaintiff's counsel did not proceed with scheduling mediation.

6. Unfortunately, it recently became clear that a settlement could not be reached prior to the mediation deadline of February 16, 2018.

7. Accordingly, the parties have been attempting to coordinate mediation dates to meet the deadline but have been unable to find a date agreeable to all parties and the mediator on or before February 16, 2018.

8.      While the parties have not yet been able to finalize a date for mediation as of the time of the filing of this Motion, the parties are working towards obtaining a date for mediation to occur in mid to late March 2018.

9.      Accordingly, Plaintiff hereby moves the Court for the following adjustment to the scheduling order (D.E. 20):

    a) Mediation to be completed no later than: March 31, 2018

10.     Plaintiff seeks no amendment to any dates in the Scheduling Order other than the deadline for mediation.

11.     Prior to filing this Motion, the undersigned counsel for Plaintiff conferred with counsel for Defendant who indicated Defendant has no objections to this Motion.

WHEREFORE, Plaintiff hereby requests this Honorable Court to adjust the scheduling order and extend the deadline for mediation as set forth above.

Dated: February 11, 2018.

                            Respectfully submitted,

                            */s/ April S. Goodwin*
                            APRIL S. GOODWIN, ESQ.
                            FLORIDA BAR NO: 0502537
                            The Goodwin Firm
                            801 West Bay Drive, Suite 705
                            Largo, FL 33770
                            *Attorney for Plaintiff*
                            Phone: (727) 316.5333
                            april@goodwin-firm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 11, 2018, a true and correct copy of the foregoing and attachments thereto was served on all counsel of record via CM/ECF.

                        By:   /s/ April S. Goodwin
                              APRIL S. GOODWIN, ESQ.
                              FLORIDA BAR NO: 0502537